**HILL WALLACK LLP**

The Galleria
2 Bridge Avenue
Suite 211
Red Bank, NJ 07701
main 732.889.3005

WRITER'S DIRECT DIAL: (609) 734-6358

January 28, 2025

<u>*Via ECF*</u>
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Pacira Pharmaceuticals, Inc., et al. v. eVenus Pharmaceutical Labs. Inc., et al.*
              No. 24-cv-06294 (MCA-JRA)

Dear Judge Arleo:

      We, together with Goodwin Procter LLP, represent Defendants eVenus Pharmaceutical Laboratories Inc., Fresenius Kabi USA, LLC, and Jiangsu Hengrui Pharmaceuticals Co., Ltd. (herein "Defendants") in the above-captioned matter. We write jointly with Plaintiffs requesting that the Court set a trial date in this matter.

      On January 15, 2025, Judge Almonte entered the Pretrial Scheduling Order (ECF 80) setting all dates up to and including the final pretrial conference, which is scheduled before His Honor on August 21, 2025. The Joint Discovery Plan (ECF 70) envisioned trial in October 2025. The parties have met and conferred, and respectfully request that the Court set this matter for a five (5)-day trial in October 2025, on dates convenient for the Court, with Plaintiffs preferring the week of October 27, 2025.[1]

      We thank the Court for its attention to this matter and remain available at Your Honor's convenience to address any questions or concerns.

                                                      Respectfully submitted,

                                                      *s/ Eric I. Abraham*
                                                      ERIC I. ABRAHAM

CC:    All counsel of record via ECF

---

[1] Plaintiffs' counsel is unavailable October 20 – October 25, and respectfully request that the trial not be scheduled during that week.